AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Abdalla Hatim Elhakiem<br><br>a/k/a Abdalla Hatim El-Hakiem<br>a/k/a Abdalla Hatim El Hakiem<br><br>*Defendant(s)* | )<br>)<br>)   Case No.<br>)<br>)              6:25-mj- 1917<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 2023 - August 6, 2025__ in the county of __Orange__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2261A(2) and 2261(b)(5)(&(6) | Stalking in Violation of Protective Order |
| 18 U.S.C. § 875(c) | Interstate Transmission of a Threat to Injure |

This criminal complaint is based on these facts:

See Affidavit

☐ Continued on the attached sheet.

_____
Complainant's signature

Catherine Griffith, Special Agent, FBI
*Printed name and title*

Sworn to before me over video conference or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: August 20, 2025

_____
Judge's signature

City and state: Orlando, FL     NATHAN W. HILL, United States Magisrate Judge
*Printed name and title*

STATE OF FLORIDA                                        CASE NO. 6:25-mj-1917

COUNTY OF ORANGE

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Catherine Griffith, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a criminal complaint against Abdalla Hatim Elhakiem, a/k/a Abdalla Hatim El-Hakiem, a/k/a Abdalla Hatim El Hakiem ("ELHAKIEM"), for Stalking in Violation of a Protective Order, in violation of 18 U.S.C. § 2261A(2), and Interstate Transmission of a Threat to Injure, in violation of 18 U.S.C. § 875(c).

2. As set forth in more detail in this Affidavit, I believe there is probable cause that between on or about August 2023 through on or about August 6, 2025, in the Middle District of Florida and elsewhere, ELHAKIEM has stalked the Victim by sending harassing and threatening messages to her and others in violation of a protective order, in violation of 18 U.S.C. §§ 2261A(2) and 2261(b)(5)&(6).

3. As set forth in more detail in this Affidavit, I also believe there is probable cause that from in or around February 26, 2025 and continuing through at least on or about August 6, 2025, ELHAKIEM has transmitted in interstate and foreign commerce communications containing threats to injure Victim, with the intent to communicate a true threat and with knowledge the communications would be viewed as true threats, in violation of 18 U.S.C. § 875(c).

4. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since March 1, 2020. I am assigned as a Special Agent to the threat squad at the Orlando Resident Agency of the FBI's Tampa Field Office. I have investigated numerous federal violations of criminal law as well as national security matters contributing to both Tampa Division's threat and national security programs. I have participated in complete investigations in which Grand Jury subpoenas, court orders, and search warrants were used to effectively identify, charge, and arrest subjects in violation of federal law. I am in regular contact with law enforcement personnel who specialize in both threats rising to the level of federal violations of law as well as threats to national security. As a federal agent, I am authorized to investigate violations of laws of the United States and am a law enforcement officer with the authority to execute search warrants issued under the authority of the United States.

5. This Court has jurisdiction to issue the requested warrants because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. Specifically, the Court is "a district court of the United States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

## ALLEGED OFFENSE ELEMENTS

6. The offense of Stalking in Violation of Protective Order, in violation of 18 U.S.C. § 2261A(2), has the following elements:

    a. The Defendant used the mail, any interactive computer service or electronic communication service or electronic communication

  system of interstate commerce, or any other facility of interstate or foreign commerce;

  b. The Defendant did so with the intent to kill, injure, harass, intimidate, or place under surveillance with intent to kill, injure, harass, or intimidate another person;

  c. That through the use of the mail, interactive computer service, electronic communication service or system or other facility of interstate or foreign commerce, the defendant engaged in a course of conduct that caused, attempted to cause, or would be reasonably expected to cause substantial emotional distress to that person; and

  d. The Defendant violated a temporary or permanent civil or criminal injunction, restraining order, no-contact order, or other order described in section 2266 of Title 18, United States Code as a result of his conduct.

7. The offense of Interstate Transmission of a Threat to Injure, in violation of 18 U.S.C. § 875(c), has the following elements:

  a. The Defendant knowingly sent a message in interstates or foreign commerce containing a true threat to injure the person of another; and

  b. The Defendant sent the message with the intent to communicate a true threat or with the knowledge it would be viewed as a true threat.

## STATEMENT OF PROBABLE CAUSE

### ELHAKIEM AND VICTIM

8. In the fall of 2021, Victim and ELHAKIEM both joined the Biochemistry Ph.D. program at the University of Utah.

9. Victim and ELHAKIEM went on a single date. Victim and ELHAKIEM remained cordial thereafter but were not friends.

10. Around May 2023, ELHAKIEM texted Victim but Victim did not respond. ELHAKIEM sent additional text messages accusing Victim of being rude and "playing" him.

11. Around July 2023, Victim began receiving messages from unknown numbers asking her about being an escort and prostitute. Around the same time, Victim also received text messages containing personal information about her home address, make and model of her car, and personal phone numbers.

12. In August 2023, Victim's car tire was slashed.

13. In September 2023, ELHAKIEM admitted to the University of Utah Police Department he slashed Victim's tire, posted Victim's telephone number online, and harassed her. In September 2023, ELHAKIEM was expelled from the university.

14. At some point following his expulsion from the University of Utah, ELHAKIEM returned to his parents' residence in Orlando, Florida, in the Middle District of Florida.

15. Around late October 2023, Victim pressed charges against ELHAKIEM.

4

16. On August 13, 2024, the Third District Court in Salt Lake County, Utah, issued a protective order against ELHAKIEM, prohibiting him from contacting Victim after finding ELHAKIEM represented a credible threat to the physical safety of Victim. The court records evidence Defendant was served in court with the protective order on August 13, 2024. The expiration date of the protective order is January 1, 3000.

17. ELHAKIEM pleaded guilty to causing property damage related to Victim's car. In October 2024, ELHAKIEM made a payment for the property damage incurred when he slashed Victim's tire.

**HARASSING AND THREATENING COMMUNICATIONS TO VICTIM**

18. Around October 2024, Victim received an email stating someone used her email address for an OnlyFans account with the username "motherlesscunt". Victim's mother is deceased, which ELHAKIEM knows.

19. Beginning in November 2024, Victim received threatening communications from @proton.me email accounts.

20. Beginning in June 2025, threatening communications were sent to Victim's school email address from @tutamail.com accounts.

21. Victim has continued to receive threatening and harassing messages from @proton.me and @tutamail.com accounts, as well as a Gmail account, through the present day. The messages have included threats of physical harm towards Victim. To spare Victim further harassment, the University of Utah IT department set up a rule that such threatening emails to Victim would be routed first to the IT department and then to the FBI.

22. On February 26, 2025, the following email was sent from fghskskjfc@proton.me to Victim: "You junkie alcoholic bitch, I will make sure you have early onset fecal incontinence by the time I'm done playing with your asshole."

23. Further investigation revealed fghskskjfc@proton.me was activated on February 26, 2025, at recorded IP address 172.56.76.95.

24. On April 16, 2025, the following email was sent from hrdfgjifksnklls@proton.me to Victim: "[Victim], I'm going to make you're [sic] life Hell."

25. On April 24, 2025, the following email was sent from dmdjsjakem@proton.me to Victim: "Your life is over bitch."

26. On May 22, 2025, the following email was sent from sdnakajdnc@proton.me to Victim: "I'm going to ass rape you harder than your dad ever did."

27. On May 26 and 29, 2025, the following email was sent from bbjvas@proton.me to Victim: "I'm going to kill you bitch."

28. On June 18, 2025, the following email was sent from swamp.ass.sara@tutamail.com to Victim: "I'm going to Kill you."

29. On July 15, 2025, the following two emails were sent from swamp.ass.sara@tutamail.com to Victim: "Soon [Victim]" and "I'm in town."

30. On July 30, 2025, the following email was sent from swamp.ass.sara@tutamail.com to Victim: "I'm going to kill you [Victim]."

31. On July 31, 2025, the following email was sent from swamp.ass.sara@tutamail.com to Victim: "I'm going to kill you [Victim] I'll make sure your dad watches."

32. On August 6, 2025, the following email was sent from edmayor54@gmail.com to Victim: "I'm going to kill you [Victim]."

33. On August 13, 2025, an email was sent from cjkgdfljh@proton.me to Victim with the subject line "...[Victim] tell your pedophile father to stop calling me". A faculty member of the University of Utah was cc'd on the email. There was a notification in the body of the email, stating: "Sent from Proton Mail for iOS."

## INFORMATION REGARDING EDMAYOR54@GMAIL.COM AND ABDALLA1622@GMAIL.COM

34. On August 6, 2025, an Emergency Disclosure Report (EDR) was submitted to Google. The email from edmayor54@gmail.com threatened Victim with death. Google produced documents in response to the EDR.

35. A review of the records produced showed the "recovery email address" associated with edmayor54@gmail.com is abdalla1622@gmail.com.

36. On June 26th and 27th and July 7th and 15th, 2025, ELHAKIEM used abdalla1622@gmail.com to communicate with University of Utah's Office of the Dean of Students.

37. I have subsequently learned the digits "1622" comprise the last four digits of ELHAKIEM's social security number.

7

## COMMUNICATIONS FROM REEMHAKIEM99@GMAIL.COM

38. On April 9, 2025, June 21, 2025, and July 6, 2025, Victim received emails from reemhakiem99@gmail.com. The emails purport to be from ELHAKIEM's sister, R.E. From the content of the emails, Victim believes the emails were from ELHAKIEM, posing as his sister.

39. Victim has never met R.E. in person, and Victim's only communications with R.E. were LinkedIn messages sent in February 2025 and March 2025, requesting R.E. help prevent ELHAKIEM from contacting Victim.

40. On July 21, 2025, Victim received an email from reemhakiem99@gmail.com, which appears to be in response to Victim's previous LinkedIn messages to R.E. The email included three members on Victim's thesis committee. The thesis committee members' names are not generally known or made public until the thesis defense. Victim and ELHAKIEM previously spoke about who was on their thesis committees, which made Victim suspect ELHAKIEM is behind the emails from reemhakiem99@gmail.com.

41. A subpoena was submitted for the Google account associated with reemhakiem99@gmail.com. A review of these records showed that reemhakiem99@gmail.com was created on April 9, 2025. The terms of service IP address is 172.56.79.27. IP address 172.56.75.55 and 172.56.79.27 are associated with subsequent login activity occurring on April 9, 2025 and April 13, 2025, respectively.

42. A search warrant was issued and served upon Google for materials regarding reemhakiem99@gmail.com in case no. 6:25-mj-1865-RMN.

8

43. Records returned in response to the search warrant are not definitive in establishing ELHAKIEM used reemhakiem99@gmail.com to contact Victim, but search histories indicate the user searched Google for information on biochemistry, the post-graduate program for which both Victim and ELHAKIEM were admitted to the University of Utah.

### ELHAKIEM'S COMMUNICATIONS TO OTHERS

44. Similar emails, messages, and photos have been sent to others to harass Victim, including to her fellow students, father, friends, and acquaintances. Given the nature of the communications, it appears ELHAKIEM is behind the communications.

45. In some of the communications, he has taken less care to disguise his identity than used when sending messages directly to Victim's email address.

46. On or about August 1, 2025, E.J., a former lab member of Victim, was contacted directly on Instagram, by a person using the username "abdallaelhakiem". The messages from "abdallaelhakiem" were: "Because of you [Victim's] life is going to be fucked [sic] up" and "Hope it was worth the laughs". E.J. believed the messages were received directly from ELHAKIEM.

47. What I have been able to view of "abdallaelhakiem", which includes a picture of the user in profile, supports the belief it is ELHAKIEM's Instagram account.

### ADDITIONAL INFORMATION OBTAINED DURING INVESTIGATION

48. A search of the IP address 172.56.76.95, which is associated with email address fghskskjfc@proton.me, revealed T-Mobile USA, Inc. as the Internet

Service Provider (ISP), located in Orlando, Florida, at Latitude 28.5383 (28° 32' 18" N) and Longitude -81.3792 (81° 22' 45.27" W).

49. A search of IP addresses 172.56.79.27 and 172.56.75.55, which are associated with reemhakiem99@gmail.com, revealed T-Mobile USA, Inc. as the Internet Service Provider (ISP), located in Orlando, Florida, at Latitude 28.5383 (28° 32' 18" N) and Longitude -81.3792 (81° 22' 45.27" W).

50. Proton Mail, the provider for proton.me accounts, asks users to verify their identity, potentially through CAPTCHA, email, or SMS, depending on the system's assessment of the user's signup attempt. ELHAKIEM's email address of abdalla1622@gmail.com may have been used for one or more of the "@proton.me" addresses used to send Victim threatening messages, just as it was used for recovering edmayor54@gmail.com data.

## CONCLUSION

51. Based on the foregoing, I submit there is probable cause that cause that:

   a. between on or about August 2023 through on or about August 6, 2025, in the Middle District of Florida and elsewhere, ELHAKIEM has stalked the Victim by sending harassing and threatening messages to her and others in violation of a protective order, in violation of 18 U.S.C. §§ 2261A(2) and 2261(b)(5)&(6); and

   b. from in or around February 26, 2025 and continuing through at least on or about August 6, 2025, ELHAKIEM has transmitted in interstate and foreign commerce communications containing threats

to injure Victim, with the intent to communicate a true threat and with knowledge the communications would be viewed as true threats, in violation of 18 U.S.C. § 875(c).

Respectfully submitted,

_____
Catherine Griffith, Special Agent
Federal Bureau of Investigation

Affidavit submitted ~~by email~~ by Paper and attested to me as true and accurate by videoconference consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) before me this 20th day of August, 2025.

_____
HON. NATHAN W. HILL
United States Magistrate Judge

11